JUAN ENRIQUE VENTUREIRA, APPELLANT, *v.* SHER-IFF, WASHOE COUNTY, NEVADA, RESPONDENT.

No. 8217

May 30, 1975                                    535 P.2d 1286

*H. Dale Murphy,* Washoe County Public Defender, and *William Puzey,* Deputy Public Defender, for Appellant.

*Robert List,* Attorney General, Carson City; *Larry R. Hicks,* District Attorney, and *Jack Alian,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

This appeal challenges the sufficiency of the evidence to warrant prosecution of appellant for attempted murder, battery with a deadly weapon and assault with intent to commit murder.

The only probative evidence of record is that appellant fired two shots from a pistol in a public area. We deem such evidence totally insufficient to meet the probable cause requirement of NRS 171.206 that any of the charged crimes were committed, or that appellant committed them. Cf. Hooker v. Sheriff, 89 Nev. 89, 506 P.2d 1262 (1973).

Accordingly, we reverse the order of the district court, and order that appellant be freed from custody unless, within fifteen (15) days, the state elects to bring new and appropriate charges.